| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| | | |
|---|---|---|
| LEONEL GUALDRON-LAMUS | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:18-CV-486 |
| | § | CRIMINAL ACTION NO. 4:14CR00189-002 |
| UNITED STATES OF AMERICA | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. Movant may pursue his administrative remedies and file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 regarding time served in Colombia. All motions by either party not previously ruled upon are **DENIED**.

**Signed this date**
**Jul 15, 2019**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE